UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD CLARK BALL,
    Plaintiff,    Case No. 3:16cv583-MCR-CJK
v.
CHIP SIMMONS, Escambia County
Deputy Commissioner, et al.,
    Defendants

NOTICE OF VOLUNTARY DISMISSAL

The PLAINTIFF, a Pro Se Litigant RONALD CLARK BALL, does hereby give a Notice of Voluntary Dismissal of this cause, and request that filing fees be refunded and that withholding of funds from the jail account be discontinued.

Respectfully submitted.
Date: December 17, 2016

RONALD CLARK BALL

I declare under penalty of perjury that this Notice was delivered to prison officials for mailing on December 19, 2016.

RONALD CLARK BALL

RONALD C. BALL
296 TRIPLE G ROAD
De Funiak Springs, FL
32433

PENSACOLA FL 325
20 DEC 2016 PM 2 L

**MAILED FROM A COUNTY CORRECTIONAL FACILITY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5058

32502-483900

