UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD CLARK BALL,

    Plaintiff,

v.                                            Case No. 3:16cv583-MCR-CJK

CHIP SIMMONS, *et al.*,

    Defendants.
_____/

## ORDER

On December 22, 2016, plaintiff filed a Notice of Voluntary Dismissal (doc. 7), in which he notified the court he was dismissing the action and requested a refund of the portion of the filing fee he has paid and that funds no longer be deducted from his inmate account to pay the remainder of the fee. Shortly thereafter, the undersigned entered an order (doc. 8) advising plaintiff he may voluntarily dismiss the case but is not entitled to a refund of any portion of the filing fee he has paid or an order absolving him from responsibility for the remainder of the fee. The undersigned allowed plaintiff 14 days in which to advise the court whether he intends

to voluntarily dismiss the action despite the lack of a refund or proceed and instructed that, in the event he failed to do so, the undersigned would recommend that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

On January 17, 2017, the clerk of court received the initial partial filing fee. *See* doc. 9.  Plaintiff, however, has not responded to the order directing him to notify the court of his intentions with regard to dismissing or proceeding with the matter. Plaintiff again shall have 14 days in which to do so.  Should he fail to comply, the undersigned will recommend that the matter be dismissed for failure to prosecute and/or failure to comply with an order of the court.

DONE AND ORDERED this 24th day of January, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:16cv583-MCR-CJK