UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD CLARK BALL,

    Plaintiff,

v.                                                      Case No. 3:16cv583-MCR-CJK

CHIP SIMMONS, *et al.*,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a Notice of Voluntary Dismissal (doc. 7), in which he notified the court he was dismissing the action and requested a refund of the portion of the filing fee he had paid and that funds no longer be deducted from his inmate account to pay the remainder of the fee. The undersigned entered an order (doc. 8) advising plaintiff he could voluntarily dismiss the case but was not entitled to a refund of any portion of the filing fee he had paid or an order absolving him from responsibility for the remainder of the fee. The undersigned allowed plaintiff 14 days in which to advise the court whether he intended to voluntarily dismiss the action despite the lack

of a refund or proceed and instructed plaintiff that, in the event he failed to do so, the undersigned would recommend that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After the initial partial filing fee was received and plaintiff had failed to respond to the order, the undersigned entered another order (doc. 10) allowing plaintiff 14 days in which to notify the court of the manner in which he intended to proceed. The undersigned again advised plaintiff that should he fail to comply, the undersigned would recommend that the matter be dismissed for failure to prosecute and/or failure to comply with an order of the court.

More than 14 days have passed and plaintiff has failed to respond to the order. Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE pursuant to plaintiff's notice of voluntary dismissal and failure to comply with the court's order.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 4th day of August, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**